241 So.2d 251

Claude E. NICHOLS

v.

AETNA CASUALTY & SURETY
COMPANY et al.

No. 50926.

Nov. 9, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ denied. The case having been remanded the judgment is not final.

241 So.2d 251

ST. JOHN THE BAPTIST PARISH
SCHOOL BOARD

v.

MARBURY–PATILLO CONSTRUCTION
COMPANY, Inc. and South Lou-
isiana Port Commission.

No. 50969.

Nov. 25, 1970.

241 So.2d 251

RIVERLAND HARDWOOD COMPANY, Inc.

v.

CRAFTSMAN HARDWOOD LUMBER
COMPANY.

No. 50965.

Nov. 25, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.